UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MW BUILDERS, INC.,

                Plaintiff,

v.                                            Case No. 16-2340-JAR

FIRE PROTECTION GROUP, INC.,

                Defendant.

## SECOND AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 48) to amend the scheduling order in this case.[1] The court finds good cause to grant the motion and amend the scheduling order. However, although the parties specifically assert that the June 12, 2018 trial setting will not be affected by the requested extensions, the trial setting is tied to the dispositive motion deadline, i.e., the court must schedule enough time for such motions to be fully briefed and decided prior to trial. Accordingly, with the consent of the presiding U.S. District Judge, the trial setting is reset and the scheduling order is amended as follows:

| SUMMARY OF DEADLINES AND SETTINGS ||
|---|---|
| Event | Deadline/Setting |
| All discovery completed | December 27, 2017 |
| All other potentially dispositive motions (e.g., summary judgment) | February 16, 2018 |

---

[1] ECF Nos. 7 & 25.

1

| Motions challenging admissibility of expert testimony | 45 days before trial |
|---|---|
| Proposed pretrial order due | January 12, 2018 |
| Pretrial conference | January 22, 2018, at 9:00 a.m. |
| Trial | October 23, 2018, at 9:00 a.m. |

All other provisions of the original and amended scheduling orders shall remain in effect. The schedule adopted in this second amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated July 28, 2017, at Kansas City, Kansas.

       s/ James P. O'Hara
       James P. O'Hara
       U.S. Magistrate Judge